## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Walton, Beverly J

Printed:  6/24/08

Case Number:  04 B 23271
Judge:  Hollis, Pamela S
Filed:  6/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  May 23, 2008
Confirmed:  September 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,170.00 |  |
| Secured: |  | 4,320.50 |
| Unsecured: |  | 1,807.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 464.49 |
| Other Funds: |  | 377.64 |
| Totals: | 9,170.00 | 9,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 4,320.50 | 4,320.50 |
| 4. | Asset Acceptance | Unsecured | 72.80 | 727.99 |
| 5. | Resurgent Capital Services | Unsecured | 23.31 | 233.12 |
| 6. | Capital One | Unsecured | 52.39 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 37.49 | 374.91 |
| 8. | Jefferson Capital | Unsecured | 47.14 | 471.35 |
| 9. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Evans | Unsecured |  | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 16. | Equifax | Unsecured |  | No Claim Filed |
| 17. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 20. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 21. | SBC | Unsecured |  | No Claim Filed |
| 22. | Jackson Park Hospital | Unsecured |  | No Claim Filed |
| 23. | First Premier | Unsecured |  | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 25. | Midland Credit Management | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** Walton, Beverly J | Case Number: 04 B 23271 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 6/18/04 |

| | | | |
|---|---|---|---|
| 26. | Trans Union Credit Corp | Unsecured | No Claim Filed |
| 27. | Arrow Financial Services | Unsecured | No Claim Filed |
| 28. | Home Depot | Unsecured | No Claim Filed |
| 29. | RJM Acquisitions LLC | Unsecured | No Claim Filed |
| 30. | Sears Roebuck & Co | Unsecured | No Claim Filed |
| 31. | Target | Unsecured | No Claim Filed |
| 32. | Experian | Unsecured | No Claim Filed |
| 33. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 34. | Verizon Wireless | Unsecured | No Claim Filed |
| 35. | Shaw Brothers | Unsecured | No Claim Filed |

$ 6,753.63      $ 8,327.87

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 101.86 |
| 4% | 23.39 |
| 3% | 17.55 |
| 5.5% | 96.53 |
| 5% | 29.25 |
| 4.8% | 56.06 |
| 5.4% | 139.85 |
| | $ 464.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

